**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOHN HOOD,**

     **Plaintiff,**

  v.            **1:09-CV-0607**
                 **(MAD/VEB)**
**COMMISSIONER OF SOCIAL SECURITY,**

     **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| OFFICE OF PETER M. MARGOLIUS<br>Counsel for Plaintiff<br>7 Howard Street<br>Catskill, NY 12414<br>Attorney for Plaintiff | Peter M. Margolius, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, New York 10278<br>Attorney for Defendant | Kristina D. Cohn, Esq. |

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

### ORDER

  The above matter comes to me following a Report-Recommendation by Magistrate Judge Victor E. Bianchini duly filed on the 9th day of March 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

  After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Clerk is directed to close the case and enter judgment accordingly.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: March 26, 2012
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge